IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
FILED COPY: MAY 12, 2008
08CV2750  DAJ
JUDGE CONLON
MAGISTRATE JUDGE COX
```

| | | |
|---|---|---|
| ROBERT WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| ALLIED PILOTS ASSOCIATION | ) | |
| DISABILITY INCOME PLAN (Loss of | ) | |
| License), | ) | |
| | ) | |
| Defendant. | ) | |

## <u>COMPLAINT</u>

Now comes the Plaintiff, ROBERT WAGNER, by his attorneys, MARK D. DE BOFSKY, and DALEY, DE BOFSKY & BRYANT, and complaining against the Defendants, ALLIED PILOTS ASSOCIATION DISABILITY INCOME PLAN (Loss of License), he states:

### *Jurisdiction and Venue*

1.      Jurisdiction of this Court is based upon the Employee Retirement Income Security Act of 1974 (ERISA); and, in particular, 29 U.S.C. §§1132(e)(1) and 1132(f).  Those provisions give the district court jurisdiction to hear civil actions brought to recover benefits due under the terms of an employee welfare benefit plan which, in this case, consists of a group long-term disability income plan sponsored and administered by the Allied Pilots Association.

2.      The ERISA statute provides, at 29 U.S.C. §1133, a mechanism for administrative or internal appeal of benefit denials.  Those avenues of appeal have been exhausted.

3.      Venue is proper in the Northern District of Illinois.  29 U.S.C. §1132(e)(2), 28 U.S.C. §1391.

*Nature of Action*

4.      This is a claim seeking disability income benefit payments to Plaintiff pursuant to a plan providing group long-term disability income (a true and correct copy of which is attached hereto and by that reference incorporated herein as Exhibit "A") sponsored and administered by the Allied Pilots Association.   This action, seeking recovery of benefits, is brought pursuant to §502(a)(1)(B) of ERISA (29 U.S.C. §1132(a)(1)(B)).

*The Parties*

5.      The Plaintiff, Robert Wagner, is and was a resident of Evanston, Illinois at all times relevant hereto.

6.      The Defendant, Allied Pilots Association Disability Income Plan (Loss of License) ("Plan") is a disability income plan sponsored and administered by the Allied Pilots Association.  At all times relevant hereto, the Plan was operating and being administered throughout the United States, including the Northern District of Illinois.

7.      At all times relevant hereto, the Plan constituted an "employee welfare benefit plan" as defined by 29 U.S.C. §1002(1); incident to Plaintiff's employment he received coverage under the Plan as a "participant," as defined by 29 U.S.C. §1002(7).  This claim relates to benefits under the foregoing Plan.

*Statement of Facts*

8.      Plaintiff was employed as a pilot for American Airlines and was a member of the Allied Pilots Association actively employed until July 22, 2005, when he was forced to cease working due to the combined effects of chronic sinusitis, migraines, and dizziness due to a perilymph fistula on his right side.  Plaintiff has not been actively employed since that date.

9.      Subsequent to ceasing employment, Plaintiff made a claim for disability benefits under the Plan.  Plaintiff supported his claim for benefits with medical records and reports, as well as other evidence, including objective medical evidence, certifying and establishing his disability

10.     Pursuant to the Plan, *disability* is defined as follows:

> The terms "Disabled" and "Disability" mean the inability of a Plan Participant to perform the material occupational duties as a Company pilot as the result of an Injury or Sickness and such Injury or Sickness is not excluded under the "General Exclusions" subsection on page 10. The Plan Participant must be under the Regular Care and Attendance of a Physician and must be unable to maintain either a first or second class FAA medical certificate.

11.     Due to his condition, Plaintiff has been unable to perform the material occupational duties of his occupation, or any other occupation, since July 2005.

12.     Despite the consistency of the evidence submitted on Plaintiff's behalf, the Plan denied benefits and, upon appeal, upheld the denial despite the submission of further proofs and evidence demonstrating and establishing the Plaintiff's entitlement to benefits

13.     That determination by the Plan is contrary to the terms of the Plan and has no rational support in the evidence.  The decision is contrary to the reports and assessments of all treating and examining physicians and was not based on substantial evidence.

14.     As a direct and proximate result of the foregoing, based on the evidence submitted to Allied establishing Plaintiff has met and continues to meet the Plan's disability definitions, Plaintiff is entitled to all benefits due since July 2005, and such benefits must continue for the maximum benefit period.

15.     All avenues of administrative appeal to Allied have now been concluded. Therefore, all efforts at administrative review or appeal have been exhausted and this matter is ripe for judicial review

WHEREFORE, Plaintiff prays for the following relief:

A.    That the court enter judgment in Plaintiff's favor and against Defendant and that the court order Defendant to pay disability income benefits to Plaintiff in an amount equal to the contractual amount of benefits to which he is entitled;

B.    That the court order Defendant to pay Plaintiff prejudgment interest on all benefits that have accrued prior to the date of judgment.

C.    That the court determine and then declare that Defendant is required to continue paying Plaintiff benefits so long as he meets the Plan's terms and conditions for receipt of benefits;

D.    That the court award Plaintiff attorney's fees pursuant to 29 U.S.C. §1132(g); and

E.    That Plaintiff recover any and all other relief to which he may be entitled, as well as the costs of suit.

Dated:  May 12, 2008

                                __/s/ Mark. D. DeBofsky_____

Mark D. DeBofsky                          One of the attorneys for Plaintiff
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60602
(312) 372-5200
FAX (312) 372-2778

08CV2750   DAJ
JUDGE CONLON
MAGISTRATE JUDGE COX



**ALLIED PILOTS ASSOCIATION
DISABILITY INCOME PLAN
(LOSS OF LICENSE)**

AUGUST 2004

# ALLIED PILOTS ASSOCIATION
## DISABILITY INCOME PLAN
### (LOSS OF LICENSE)

## TABLE OF CONTENTS

INTRODUCTION ... 1

SUMMARY OF DISABILITY INCOME PLAN ... 3

ELIGIBILITY AND TERMINATION OF COVERAGE ... 5
Eligibility ... 5
Enrollment/Re-Enrollment ... 5
Selecting A Benefit Amount ... 5
Required Contributions ... 5
Changing Benefit Amounts ... 6
Effective Date of Coverage ... 6
Termination of Coverage ... 6
Re-application for Coverage ... 7

BASIC DISABILITY INCOME PLAN PROVISIONS
When Benefits Are Payable ... 8
Amount of Monthly Benefit Payment ... 8
Payment Period ... 9
Refund of Contributions Made During Elimination Period ... 9
Waiver of Required Contributions ... 9
General Exclusions ... 10
Limitations and Restrictions ... 11

CLAIMS PROCESSING PROVISIONS
Claims Filing ... 15
Time Limit For Filing a Claim ... 15
How To File a Claim ... 15
What Happens to Your Claim ... 16
Claims Process ... 17
Appeal Process For Denied Claims ... 17

# ALLIED PILOTS ASSOCIATION
## DISABILITY INCOME PLAN
### (LOSS OF LICENSE)

## TABLE OF CONTENTS
### (Continued)

GENERAL PLAN PROVISIONS
ERISA Rights ... 21
Plan Fiduciaries ... 22
Plan Interpretation ... 22
Plan Continuance ... 22
Plan Not A Contract ... 23
Plan Trust Fund and Trustee ... 23
Management of Plan ... 23
Currency ... 24
Physical Examination and Autopsy ... 24
To Whom Plan Benefits Are Payable ... 24
Right of Recovery ... 24
Right to Select Medical Provider ... 24
Governing Law, Etc. ... 24
Address for Notices ... 24
Plan Expenses ... 25
Reliance on Other Professionals ... 25
Obligations of APA ... 25
Need Help? ... 25

GENERAL PLAN INFORMATION ... 26

DEFINITIONS ... 27



# ALLIED PILOTS ASSOCIATION DISABILITY INCOME PLAN
## (LOSS OF LICENSE)

Effective Date - April 1, 2004

## INTRODUCTION

Income protection during periods of long term pilot Disability is a vitally important issue for all of us. Recognizing that need, the Allied Pilots Association ("APA") has developed a voluntary plan for its Members that is specifically designed to provide financial assistance when a long term Disability prevents a Plan Participant from performing the duties as a pilot for the Company.

Disability protection can take many forms. For example, some pilots have another profession to support them that does not require the rigorous physical standards of commercial piloting. Others may have additional financial resources. But for most of us, the loss of our pilot income would be a serious financial blow requiring major changes to our lifestyle and retirement planning.

This Plan was designed to help our pilots through such a period of prolonged disability. The APA Disability Income Plan provides monthly benefit payments to Plan Participants whose Disability has lasted for a period of fourteen (14) continuous months, provided that the Disabled Plan Participant has satisfied all of the conditions for payment under the Plan.

This is your Plan. You must follow the procedures and meet the requirements of the Plan, as contained in this booklet, to obtain Disability income payments. HealthFirst TPA, Inc. ("HealthFirst") administers the Plan. If you have any questions about the Plan, please contact HealthFirst at the following address and phone number:



HealthFirst TPA, Inc.
821 E.S.E. Loop 323, Suite 200
P.O. Box 130217
Tyler, Texas 75713-0217
(800) 477-8957

Throughout this booklet any reference to the terms "he" or "him" shall also mean "she" and "her." When the text references another section, every letter in the section that is referenced will be capitalized. When the text references another subsection, the first letter of each word in the subsection that is referenced will be capitalized and the entire heading will be in quotations. At the end of this booklet you will find a DEFINITIONS section defining terms that have a specific meaning for this Plan. These terms are capitalized throughout this booklet for your information. Please review this DEFINITIONS section to fully understand these terms.

This booklet constitutes the complete and official Plan Document and Summary Plan Description. It is intended to give you an understandable description of the benefits provided by the Plan, how to file a claim for benefits and your rights under the Plan. **This Plan may be amended or terminated at any time but may only be amended or terminated by written action signed by the President of APA; PROVIDED, however, that any termination or any amendment not required by law, must be approved, in writing, by the APA Board of Directors.**

The next section contains a summary of the Plan's features. Please review this section carefully for a better understanding of the Plan's benefits.



# SUMMARY OF DISABILITY INCOME PLAN
## (LOSS OF LICENSE)

## DISABILITY BENEFITS FOR PLAN PARTICIPANTS

**Monthly Benefit Choices**
$1,200; $2,400; $3,600; $4,800

**Maximum Benefit**

**AMOUNT OF COVERAGE** (1)

Sixty percent (60%) of average crew pay for the six (6) month period Disability immediately prior to the date of Disability

**Maximum Duration of Benefits**

For Any One Period of Disability, the lesser of:

(a) Eight years (Maximum 18 payments for Chemical Dependency, maximum 24 payments for a Mental or Nervous Disorder or a Self-Reported Disability unless based on Social Security disabled – see page 13), or

(b) To retirement, return to Active Flight Status, death or other disqualification, or

(c) To age sixty (60)

**Elimination Period**

The later of:

(a) The exhaustion of paid sick and vacation time from the Company, or

(b) For claims Filed within six (6) months of the Onset of Disability, fourteen (14) consecutive months following the Onset of Disability, or

(c) For claims Filed more than six (6) months following the Onset of Disability, twelve (12) months from date Filed.

(1) The Plan Participant must first meet all of the conditions contained under the "When Benefits Are Payable" subsection under the BASIC DISABILITY

## MONTHLY PLAN PARTICIPANT CONTRIBUTIONS

Contributions are based on the Plan Participant's attained age and benefit level. The age category is determined by the Plan Participant's attained age on January 1 of each year.

Monthly Contribution for each Benefit Level:

| Attained Age | Rates Effective for 2004 | | | | Rates Effective for 2005 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | $1,200 | $2,400 | $3,600 | $4,800 | $1,200 | $2,400 | $3,600 | $4,800 |
| 35 & Under | $10.25 | $20.50 | $30.75 | $41.00 | $11.25 | $22.50 | $33.75 | $45.00 |
| 36-40 | $13.50 | $27.00 | $40.50 | $54.00 | $14.75 | $29.50 | $44.25 | $59.00 |
| 41-45 | $20.75 | $41.50 | $62.25 | $83.00 | $22.75 | $45.50 | $68.25 | $91.00 |
| 46-50 | $26.50 | $53.00 | $79.50 | $106.00 | $29.25 | $58.50 | $87.75 | $117.00 |
| 51-54 | $34.00 | $68.00 | $102.00 | $136.00 | $37.50 | $75.00 | $112.50 | $150.00 |
| 55-56 | $31.25 | $62.50 | $93.75 | $125.00 | $34.50 | $69.00 | $103.50 | $138.00 |
| 57-59 | $16.25 | $32.50 | $48.75 | $65.00 | $18.00 | $36.00 | $54.00 | $72.00 |

# ELIGIBILITY AND TERMINATION OF COVERAGE

## Eligibility

A Member is eligible to join the Plan if he meets the following conditions:

(A)    He is a Member in good standing as defined in the APA Constitution and Bylaws; and

(B)    He is on Active Flight Status on the Effective Date of his coverage; and

(C)    He holds a 1st or 2nd class FAA medical certificate on the Effective Date of his coverage.

## Enrollment/Re-enrollment

An Eligible Member may enroll in the Plan at any time by completing an enrollment form and forwarding it to HealthFirst. Any Member who is not on Active Flight Status (e.g., on paid or unpaid sick leave, personal leave, military leave, strike, Furlough, paid or unpaid "withheld from service", among others) shall become an Eligible Member on the date that he returns to Active Flight Status and may enroll or re-enroll in the Plan at any time following return to Active Flight Status by filing a completed enrollment form with HealthFirst.

## Selecting A Benefit Amount

The Plan provides four monthly benefit amounts: $1,200, $2,400, $3,600, $4,800. Each Plan Participant must select a monthly benefit from the four amounts available. The benefit amount selected should not exceed the Maximum Benefit (see page 29).

## Required Contributions

APA makes this Plan available to all Eligible Members. This coverage is voluntary and, except as provided under the "Waiver of Required Contribution" subsection, requires contributions from each Plan Participant. Contribution amounts are shown in the SUMMARY OF DISABILITY INCOME PLAN section on page 3 and are based on the Plan Participant's attained age as of January 1 of each calendar year and on the benefit amount selected. Contributions must be made monthly.

## Changing Benefit Amounts

A Plan Participant who is on Active Flight Status may select a higher benefit amount at any time provided such higher benefit amount does not exceed the Maximum Benefit. <u>Such higher benefit amount will be subject to the Pre-Existing Condition exclusion.</u>

A Plan Participant may select a lower monthly benefit at any time prior to the Onset of Disability.

## Effective Date Of Coverage

An Eligible Member becomes a <u>Plan Participant</u> on the first day of the month coincident with or next following the date that HealthFirst receives his application for coverage under the Plan. If a Plan Participant changes to a new level of coverage, the new coverage will become effective on the first day of the month coincident with or next following the date that HealthFirst receives the application for the new coverage amount.

*Please Note* that neither coverage under the Plan nor coverage for a new benefit amount, as applicable, will become effective unless the Plan Participant is an Eligible Member on the date that the coverage level is to become effective and required contributions are made.

## Termination Of Coverage

The coverage of any Plan Participant shall automatically cease at midnight on the earliest date indicated below:

(A)    The date the Member's membership with APA is terminated; or

(B)    The date the Member's employment with the Company ceases, excluding Furloughs; or

(C)    Twelve (12) months after the date a Member is Furloughed from the Company; or

(D)    Ninety (90) days after the Member takes a voluntary leave of absence from the Company; or

(E)    Twelve (12) months after the date the Member takes a military leave of absence from the Company; or

(F) The date the Member's pilot certification is suspended or revoked for non-medical reasons (for example, loss of ATP license); or

(G) The last day for which a required contribution has been paid; or

(H) The last day of the calendar month preceding the month of the Member's sixtieth (60th) birthday; or

*[handwritten: last guide Plus]*

*[handwritten: X]* The date the Plan is terminated.

**Reapplication For Coverage**
An Eligible Member whose coverage terminated for any reason under the "Termination Of Coverage" subsection, except those in paragraphs H and I, may re-enroll in the Plan if:

(A) His APA membership is reinstated; and

(B) He returns to Active Flight Status with the Company; and

(C) He submits a completed application to enroll in the Plan (See "Enrollment/Re-enrollment" subsection on page 5); and

(D) He pays the required contribution for coverage.

*[handwritten note: NOTE: Here it indicates he would be eliminated as re-enrolling. The exclusion in the amendment is taken from the eff. date of coverage]*

# BASIC DISABILITY INCOME PLAN PROVISIONS

## When Benefits Are Payable

A Plan Participant who becomes Disabled will receive a monthly benefit after completing the Elimination Period, provided that he meets all of the following conditions for payment:

(A) The Plan Participant becomes Disabled while his coverage is in force; and

(B) The Plan Participant's coverage is in force on the date that he is removed from Active Flight Status; and

(C) The Plan Participant continues to make the required contributions until payment of the Disability benefit commences; and

(D) The Plan Participant places himself under a Physician's care as soon as possible and follows a Recommended Therapeutic Program, if one has been established; and

(E) The Plan Participant makes every reasonable effort to return to Active Flight Status (including presenting his case, if necessary, to the principal medical officer or other appropriate medical official of the Federal Aviation Administration or its legal successor, when appropriate, after he has complied with any Recommended Therapeutic Program); and

(F) The Plan Participant cooperates with HealthFirst by supplying any necessary forms for the release of medical information and providing the names and address of any Physicians or medical facilities providing treatment or diagnosis, within a reasonable time of the request but in no event more than thirty (30) days; and

(G) The Disability is not excluded from coverage (see the "General Exclusions" subsection on page 10).

## Amount Of Monthly Benefit Payment

A Disabled Plan Participant who satisfies the requirements contained in the "When Benefits Are Payable" subsection shall receive a monthly benefit equal to the benefit amount which was in effect on the Plan Participant's Onset of Disability. If such benefit amount is higher than

the Maximum Benefit, the Disabled Plan Participant will receive his Maximum Benefit plus a refund of his excess contributions.

## Payment Period

Payment of Disability benefits during Any One Period of Disability shall commence on the first day of the calendar month coincident with, or next following, the completion of the Elimination Period. Subsequent payments shall be on the first day of each calendar month.

Disability benefit payments shall cease on the earliest of the following occurrences and no payment shall be made for:

(A) The month in which the Disabled Plan Participant attains age 60; or

(B) The month after the Disabled Plan Participant has received 96 payments during Any One Period of Disability; or

(C) The month after the Disabled Plan Participant has received the maximum number of payments provided in paragraphs (A) through (D) of the "Limitations and Restrictions" subsection on page 11; or

(D) The date of the Disabled Plan Participant's retirement from the Company or return to Active Flight Status; or

(E) The month immediately following the Disabled Plan Participant's death; or

(F) The Plan Participant fails to meet any of the conditions for payment contained in the "When Benefits Are Payable" subsection.

Disability payments for a Plan Participant whose Disability reoccurs during Any One Period of Disability shall resume on the first day of the month following exhaustion of paid time from the Company.

## Refund Of Contributions Made During Elimination Period

A Plan Participant is required to continue contributions during the Elimination Period. After completing the Elimination Period, a Plan Participant will receive a refund of the contributions made during the Elimination Period, provided the claim was filed within ninety (90) days

of the Onset of Disability. If a Plan Participant dies during the Elimination Period, a refund of the contributions made during the Elimination Period will be paid to his spouse or, if he is not married, to his estate.

Although contributions are required during the Elimination Period, a Plan Participant may choose to either continue or cease contributions after filing a claim for benefits.

A Plan Participant who continues contributions will:

(A) Receive a refund of contributions made during the Elimination Period, provided he files his claim for benefits within ninety (90) days of the Onset of Disability; and

(B) Not be required to re-enroll in the Plan if he returns to Active Flight Status prior to completing the Elimination Period.

A Plan Participant who discontinues contributions during the Elimination Period must:

(A) Notify the Claims Processor of his decision to discontinue contributions. Any contributions due at the time benefit payments begin will be deducted from the first benefit payment.

(B) Re-enroll in the Plan if he returns to work prior to completing the Elimination Period and will be subject to all of the re-enrollment provisions, including the Pre-Existing Condition exclusion.

**Waiver Of Required Contribution**
Disabled Plan Participants are not required to contribute during the period they are entitled to receive benefit payments from the Plan. In addition, the APA Board of Directors may declare contribution holidays from time to time based on a prior review of the Plan's experience.

**General Exclusions**
The Plan does not provide benefits for any Disability due to or arising out of:

(A) Intentionally self-inflicted sickness or injury. A self-inflicted sickness includes any sickness caused by or related to an

overdose of drugs, taking of poisons, inhaling of noxious fumes or gases or similar activity, if intentional; or

(B) Any cause that does not require the Regular Care and Attendance of a Physician; or

(C) Death prior to the completion of the Elimination Period; or

(D) A Pre-Existing Condition occurring within the first twelve (12) or twenty-four (24) months, as applicable, of Plan participation (see Enrollment/Re-enrollment on page 5); or

(E) A Disability incurred while the Plan Participant is not on Active Flight Status with the Company; or

*[handwritten: Amendment (F) & (R)]* *[handwritten: (G)]* Any Disability for which the Plan Participant fails to satisfy any of the conditions for payment in the "When Benefits Are Payable" subsection.

*[handwritten margin note: BUT THIS CLAUSE IS BASED UPON DATE OF DISABILITY, NOT DATE OF COVERAGE]*

**Limitations And Restrictions**
The following are the limitations and restrictions on Plan Benefits:

(A) Benefits for any or all Disabilities caused by or related to Chemical Dependency will be limited to eighteen (18) monthly payments per lifetime.

(B) Effective April 1, 2002, benefits for any or all Disabilities caused by a Mental or Nervous Disorder or a Self-Reported Disability will be limited to a combined lifetime maximum of twenty-four (24) monthly payments. A Plan Participant will be able to receive twenty-four (24) consecutive months of payments or receive up to twenty-four (24) non-consecutive payments. This twenty-four (24) month limitation will apply to all Plan Participants, including those receiving benefits as of April 1, 2002. Plan Participants receiving benefits as of April 1, 2002, for either a Mental or Nervous Disorder or a Self-Reported Disability will continue to receive monthly payments until the earlier of (1) March 31, 2004, or (2) the date on which they become ineligible due to other Plan requirements.

(C) If a Disability is deemed to be a Self-Reported Disability and later is determined NOT to be a Self-Reported Disability, the Disabled Plan Participant will be eligible to receive up to eight (8) years of total payments provided he otherwise remains eligible for benefit payments.

> For example, John files for Disability due to chronic, severe fatigue for which his doctors are unable to find a cause. Although John continues to follow his doctor's orders, his condition continues to worsen. During a routine follow-up, John's doctor determines that he has Parkinson's disease and that his chronic fatigue was a symptom of this disease. At this point, and based on the medical verification of Parkinson's disease, John would be eligible to receive the balance of the 96 monthly Disability payments, provided he otherwise meets the requirements for payment of benefits.

(D) If the physical condition causing the Disability is corrected such that there no longer exists a medically verifiable reason for the Disability but the Disabled Plan Participant is unable to return to work due to symptoms caused by, or related to, the previous Disability, such Disability shall then be deemed a Self-Reported Disability. The Disabled Plan Participant shall then be eligible for up to 24 additional monthly payments from the date that the Disability is deemed to be Self-Reported.

> For example, Janet is Disabled due to a herniated disk. After several stages of therapy, she has a successful operation to repair the disk. Following recuperation from the surgery, Janet is cleared to return to work, but still experiences severe back pain and is unable to return. Because there is no medically verifiable reason for her back pain, her Disability would become a Self-Reported Disability and she would be eligible either for up to 24 months of payments, or for the balance of the 96 monthly payments from the date that she could have returned to work following her surgery, whichever is less.

(E) The twenty-four (24) month lifetime payment maximum limitation in paragraphs (B) and (D) does not apply in the following situations and the Disabled Plan Participant will be eligible to receive up to eight (8) years of payments provided he otherwise remains eligible for benefit payments:

1. Any month or portion of any month during which the Plan Participant is confined to a hospital or other accredited institution for a Mental or Nervous Disorder or a Self-Reported Disability; or

2. Following the exhaustion of the twenty-four (24) month lifetime payment maximum, the Disabled Plan Participant provides a current statement from the federal Social Security Administration showing that the Disability that qualifies him to receive benefits under the Plan qualifies him to receive federal Social Security disability benefits. The Claims Processor may require the Plan Participant to periodically provide current verification of his continued qualification for federal Social Security disability benefits.

(F) A Plan Participant may not choose a monthly benefit amount that exceeds the Maximum Benefit (see page 29).

(G) No Disability benefit shall be payable following the date a Plan Participant's coverage terminates as provided in the "Termination Of Coverage" subsection.

(H) Plan benefit payments are limited to the assets allocated to the Plan under the Master Trust.

(I) The benefit for a Plan Participant who increases his or her level of coverage and subsequently becomes Disabled due to a Pre-Existing Condition shall be limited to the monthly benefit amount in effect immediately prior to the Effective Date of the increase; provided, however, that the Disability on which the prior monthly benefit amount is based is not excluded from coverage as a result of a Pre-Existing Condition.

(J) Notwithstanding any other provision, a Plan Participant who qualifies for Disability benefits not due to a Mental or Nervous Disorder or a Self-Reported Disability, but whose employment has been terminated by the Company and is the subject of a pending

Allied Pilots Association
Disability Income
Plan Document

12

August 2004

13

August 2004

Allied Pilots Association
Disability Income
Plan Document

grievance, shall continue to participate, including qualifying for benefits, as long as he otherwise remains eligible, pending a final decision on that grievance. If the termination is subsequently upheld, then all Plan benefits shall cease at that time and no repayment shall be required; otherwise, Plan benefits shall continue for as long as such Plan Participant remains otherwise eligible to receive benefits.

# CLAIMS PROCESSING PROVISIONS

## Claims Filing

Plan Participants are required to file a completed claim form when applying for benefits. Failure to provide complete and accurate information on the claim form may unnecessarily delay claim processing.

## Time Limit For Filing A Claim

A Plan Participant must file written proof of a claim with the Claims Processor. The following time limits apply to all claims unless the Plan Participant can show that it was not within his reasonable control to file the claim and that he Filed the claim as soon as was reasonably possible.

(A) Only claims Filed within ninety (90) days of the Onset of Disability will be eligible for the refund of contributions made during the Elimination Period. (See page 9)

(B) Claims Filed more than six (6) months after the Onset of Disability will be subject to a twelve (12) month Elimination Period beginning from the date Filed.

(C) Claims Filed more than twenty-four (24) months after the Onset of Disability will not be eligible for payment.

If coverage ceases due to termination of the Plan, final claims must be received within ninety (90) days following the effective date of termination of the Plan. Claims will be paid from available trust funds upon receipt of written proof of Disability and determination of qualification for benefits.

## How To File A Claim

The following describes the Plan's claims filing process. Please read and follow the instructions on the claim form carefully before submitting a claim.

1. Obtain a Disability Income Plan Claim Form by calling the Claims Processor, HealthFirst, at (800) 477-8957, or from the Benefits section on the APA Website. (www.alliedpilots.org)

2. Complete the claim form using the instructions that accompany the form.

---

3. Send the completed claim form and accompanying information directly to the Claims Processor using the address on the claim form. The date the claim is treated as Filed is defined on page 29.

HealthFirst will request from the claimant's Physician(s) or medical provider(s) information used to process the claim. The claimant is responsible for assisting HealthFirst if permission or instructions to Physician(s) or medical provider(s) are needed. A Physician(s)'s or medical provider(s)'s failure to provide requested information may lead to denial of the claim.

**PLEASE RETAIN A COPY OF ALL SUBMITTED INFORMATION FOR YOUR RECORDS.**

## What Happens To A Claim

Claim information goes to a special unit at HealthFirst which processes claims for the Plan. HealthFirst does not insure benefits, but processes claims for APA in accordance with the terms of this Plan. The claimant will receive an *Explanation of Benefits* ("EOB") which summarizes the benefit calculation and provides backup documentation for any payment made.

The EOB explains the reason(s) why benefits are paid or not paid. Normally, the claimant will receive an EOB within forty-five (45) days after filing a properly documented claim with the Claims Processor, unless further information is required. The Claims Processor will contact the claimant or the provider for such additional information. Prompt response and follow-up will expedite processing of the claim. Any problems or questions about the claim should be directed to the Claims Processor at (800) 477-8957.

The Claims Processor will use the medical information the claimant furnishes or which is obtained from its Physician or medical provider to substantiate the claim and to determine benefits. It may be forwarded to independent consultants for medical review or appropriate medical follow-up. In certain rare situations, such as a claim appeal, it may be necessary for certain employees and representatives of APA to access this medical information to fulfill APA's duties as Plan Administrator. If this is required, this medical information will be treated as extremely confidential and disclosed only on a need-to-know basis.

## Claims Process

The Claims Processor has the responsibility for completing the claims process. Except for a claim appeal, APA will not revisit decisions made by the Claims Processor. The Claims Processor will generally complete the claims process within forty-five (45) days from the date that claim form is received. If the claim is denied, in whole or in part, the Claims Processor shall provide a written notice of denial within forty-five (45) days of the date the claim is received. This forty-five (45) day period may be extended an additional thirty (30) days if more time is needed for claim processing and the Claims Processor notifies the claimant during the initial forty-five (45) day period.

Notice of any extension beyond the initial forty-five (45) days must explain the standards on which the entitlement to a benefit is based, the unresolved issues regarding the claim and the additional information needed to resolve those issues. If such an extension is necessary due to the claimant's Physician(s) or medical provider(s)'s failure to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and the claimant will be afforded at least 45 days from receipt of the notice within which to provide the specified information or ensure that the claimant's Physician(s) or medical provider(s) provide it. The 30-day extension period will not begin until the claimant has provided the requested information.

If, prior to the end of the first 30-day extension period, the Claims Processor determines that a decision cannot be rendered due to matters beyond its control, the period for making the determination may be extended up to an additional thirty (30) days. In this case, the Claims Processor will notify the claimant, prior to the expiration of the first 30-day extension period, of the circumstances requiring the additional extension and the date when the Claims Processor expects to render a decision. If the period of time to process the claim must be extended because of the Plan Participant's failure to submit information necessary to a full and fair decision on the claim, the notice will also state the period for making the decision will be tolled from the date on which the notification of the extension is sent to the Plan Participant until the date on which the Plan Participant responds to the request for additional information.

## Appeal Process For Denied Claims

APA hopes disputes can be resolved if they arise, so that Plan Participants will obtain the benefits to which they are entitled with as little inconvenience and delay as possible. To that end, the Plan provides an appeal procedure, as well as addresses, telephone numbers and other references where additional information and assistance may be obtained.

The following describes the appeal process under this Plan:

(A) If the Plan Participant's claim is wholly or partially denied, the notice of denial must include specific reasons for such denial, reference to Plan terms and conditions on which the denial was based, a description of the Claims Processor's review procedures, and the time limits applicable to such procedures. If the claim is denied because necessary information was not available to the Claims Processor, the notice will describe the additional material or information that is required in order for the Plan Participant to perfect his claim and will provide an explanation of why such material or information is necessary. The notice will also include a statement that the Plan Participant has the right to bring a civil action under Section 502(a) of ERISA to seek a judicial decision on his right to the benefit but that no such lawsuit can be filed until the appeal rights provided in this Plan have been exercised and the Plan rights requested in such appeal has been denied in whole or in part by the APA.

(B) If a Protocol was relied upon in making the adverse determination, the Plan Participant is entitled to a copy the Protocol, or be told that the Protocol was relied upon in making the determination, and that the Plan Participant can receive a copy of the Protocol free of charge, upon written request to the Claims Processor.

(C) The Plan Participant may request that APA review the denial of all or part of his claim. This request must be in writing and must be received by APA no more than 180 days after the Plan Participant receives notice of the adverse benefit determination. Any request for review received by APA after this 180-day period will be null and void. This appeal should be addressed to the Benefits Review and Appeals Board, c/o Director of Benefits, Allied Pilots Association, 14600 Trinity Blvd., Suite 500, Fort Worth, TX 76155-2512

(D) As part of this review, the Plan Participant may submit Appeal Materials. This review must take into account the Appeal Materials, regardless of whether any of the Appeal Materials was submitted or considered in the initial benefit determination;

however, only Appeal Materials received by APA prior to the end of the 180-day filing period will be considered. There will be no exception to this rule.

(E) APA will decide the Plan Participant's claim based on the information provided in accordance with paragraphs (C) and (D) above and the Record from the Claims Processor. No deference will be given to the initial adverse benefit determination, and the decision will be made by a Fiduciary designated by APA. Such Fiduciary will not be or include either the individual who made the initial adverse determination or a subordinate of that individual.

(F) If the adverse claim determination was based, in whole or in part, on a medical judgment, including determinations regarding whether treatment, drugs, or other items are experimental, investigational, or not medically necessary or appropriate, the Fiduciary shall consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment. Such health care professional must not have been involved in the initial adverse claim determination, nor be the subordinate of the professional involved in the initial adverse claim determination. The Plan Participant is entitled to know the identity of any medical or vocational experts whose advice the Claims Processor obtained in connection with his claim, regardless of whether his advice was relied upon in making the adverse determination.

(G) APA will advise the Plan Participant of the results of its review within forty-five (45) days after it receives the request and the timely filed Appeals Materials, unless it determines that special circumstances (such as the need to hold a hearing) require an extension of time for processing the request for review. In order for the time to be extended, the Plan Participant must receive notice of the extension within the initial 45-day period. The notice must tell the Plan Participant the nature of the special circumstances and the date by which APA expects to render the decision on review. If the period of time to process the request for review must be extended because of the Plan Participant's failure to submit information necessary to a full and fair decision on the appeal, the notice will also state that the period for making the decision will be tolled from the date on which the notification of the extension is sent to the Plan Participant until the date on which the Plan Participant responds to the request for additional information.

(H) When the review is completed, the Plan Participant will receive a written decision that will include reference to Plan terms and conditions on which the decision was based. If his appeal has been denied, in whole or in part, the Plan Participant must be told the specific reasons for the denial and a reference to specific Plan provisions on which the decision is based.

(I) The Plan Participant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, the Record.

(J) If a Protocol was relied upon in making the adverse determination on review, the Plan Participant is entitled to a copy of the Protocol, or be told that the Protocol was relied upon in making the determination and that he can receive a copy of the Protocol free of charge, upon request.

Although the Plan does not have any other voluntary alternative dispute resolution options, Federal regulations require the following statement:

You and your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office, or your state insurance regulatory agency.

After exhausting the Plan's administrative claims and appeals process as contained in this section, the Plan Participant or his authorized representative may bring a civil action under section 502(a) of ERISA for any benefit that is denied in whole or in part. A Plan Participant or his authorized representative who fails to complete the Plan's appeal process will not have the right to file suit in court.

Nothing in this section shall preclude a Plan Participant's authorized representative from acting on behalf of such claimant in pursuing a benefit claim or appeal of an adverse benefit determination. If the Plan Participant's authorized representative is not a lawyer, the Plan Participant must provide written confirmation that the representative is authorized to act on the Plan Participant's behalf.

# GENERAL PLAN PROVISIONS

## ERISA Rights

This section contains statements of the Plan Participant's rights under the Employee Retirement Income Security Act of 1974, as amended from time to time ("ERISA"). This legal notice follows the format provided by federal regulations and summarizes the Plan Participant's rights under the law.

Plan Participants are entitled to certain rights and protections under ERISA. ERISA reaffirms the Plan Participant's right to receive this information.

All Plan Participants in ERISA plans may:

(A) Examine all Plan documents and copies of all documents filed with the U.S. Department of Labor, such as the Plan's annual report. These documents can be examined without charge in APA's office.

(B) Request in writing a copy of any or all Plan documents and other Plan information from APA required to be provided to Plan Participants under ERISA. APA may make a reasonable charge for the copies, where allowed by ERISA.

(C) Receive a summary of the Plan's latest annual financial report. APA is required by law to furnish each Plan Participant with a copy of the summary annual report, at no charge.

APA makes available for inspection, at no charge, all documents required by ERISA.

No one, including an employer, APA, or any other person, may fire the Plan Participant or otherwise discriminate against him in any way to prevent him from obtaining a benefit or exercising his rights under ERISA. If this claim for a benefit is denied in whole or in part, he must receive a written explanation of the reason for the denial. Under ERISA, he has the right to have the Plan review and reconsider his claim. Under ERISA, there are steps he can take to enforce the above rights. For instance, if the Plan Participant requests materials from the Plan and does not receive them within 30 days, he may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay him up to $110 per day until he receives the materials,

unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If the Plan Participant has a claim for benefits that is denied, in whole or in part, he may file suit under ERISA. If it should happen that Plan Fiduciaries misuse the Plan's money or if the Plan Participant is discriminated against for asserting his rights, he may seek assistance from the U.S. Department of Labor or file suit in a federal court. The court will decide who should pay court costs and legal fees. If the Plan Participant is successful, the court may order the person he has sued to pay these costs and fees. If the Plan Participant loses, the court may order him to pay these costs and fees, for example, if it finds his claim is frivolous. If the Plan Participant has any questions about this statement or about his rights under ERISA, he should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in his telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Ave, N.W., Washington, D.C. 20210.

## Plan Fiduciaries

ERISA also imposes obligations upon those persons responsible for the operation of the Plan. Such persons are referred to as "Fiduciaries" under the law. Plan Fiduciaries must act solely in the interest of the Plan Participants and they must act prudently in the performance of their duties.

A Plan Fiduciary may serve in more than one fiduciary capacity with respect to the Plan. In addition, Plan Fiduciaries may: (1) allocate fiduciary responsibilities (other than trustee responsibilities) among themselves by a written instrument signed by each of the Fiduciaries subject to the allocation or (2) delegate fiduciary responsibilities (other than trustee responsibilities) to persons other than named Plan Fiduciaries by a written instrument signed by the delegating Fiduciary and the delegatee. In any case in which a signature is required by an entity rather than an individual, the signature may be made by the president or other senior officer of the entity.

## Plan Interpretation

In carrying out their respective responsibilities under the Plan, APA and certain other Plan Fiduciaries shall have discretionary authority to interpret the terms of the Plan and to determine eligibility for and entitlement to any Plan benefits in accordance with the terms of the Plan.

Allied Plaza Association
Disability Income
Plan Document

21

August 2004

22

August 2004

Allied Plaza Association
Disability Income
Plan Document

Any interpretation or determination made pursuant to such discretionary authority shall be given full force and effect, unless it can be shown that the interpretation or determination was arbitrary and capricious. Benefits under this Plan will be paid only if the Plan Fiduciaries decide in their discretion that the Plan Participant is entitled to them.

## Plan Continuance

APA expects to continue the Plan indefinitely, but an unqualified commitment to continue the Plan without modification is not possible. Therefore, APA reserves the right to change, amend, or discontinue the Plan at any time. The Plan may be amended or terminated at any time but may only be amended or terminated by written action signed by the President of APA; PROVIDED, however, that any termination or any amendment not required by law, must be approved, in writing, by APA's Board of Directors.

## Plan Not A Contract

The Plan shall not be deemed to constitute a contract between APA and any Plan Participant or to be consideration or an inducement for the membership of any Plan Participant. Nothing contained in the Plan shall be deemed to give any Plan Participant the right to be retained in the service or membership of APA, or to interfere with the right of APA to discharge or expel a Plan Participant at any time, regardless of the effect which such discharge or expulsion shall have upon him as a Plan Participant.

## Plan Trust Fund And Trustee

All funds used to provide Plan benefits and pay reasonable Plan expenses are held in the Plan's Master Trust and are invested by the investment manager and the Master Trustee. The Master Trustee and investment manager are selected by APA and approved by the APA Board of Directors.

The investment policy and objectives for the Master Trust are established by APA and carried out by the Master Trustee and investment manager, as applicable, in a manner consistent with the law and the Master Trust. Such policy and objectives may be changed, from time to time, as the APA Board of Directors, in its sole discretion, shall determine.

## Management Of Plan

The Plan must be managed fairly and in the interest of all Plan

Participants. Whenever any discretionary action is required in administering the Plan, Plan Fiduciaries shall exercise their authority in a non-discriminatory manner so that all Plan Participants similarly situated receive substantially the same treatment and so that no discretionary acts are taken that would be discriminatory under the Internal Revenue Code of 1986, as amended from time to time. No one may be discriminated against because of a disputed claim or due to the exercise of any rights under the law.

## Currency

All benefit payments from the Plan shall be made in the lawful currency of the United States of America.

## Physical Examination And Autopsy

The Plan shall have the right (at its own expense) to require a Disabled Plan Participant to undergo a physical examination, when and as often as may be reasonable but in no event more than once during a ninety (90) day period. In the case of death within the first year of receiving benefits, the Plan has the right (at its own expense) to require an autopsy.

## To Whom Plan Benefits Are Payable

All Disability benefits are payable to the Plan Participant. Any death benefit payable under the Plan will be made to the Plan Participant's spouse or if the Plan Participant is single, to his estate.

## Right Of Recovery

If the amount of the payments made by the Plan is more than it should have paid, the Plan may recover the excess or reduce unpaid benefits by the excess. The Plan may get such recovery or payment from one or more of: (a) the Plan Participant or for whom it has paid; (b) insurance companies; or (c) other organizations.

## Right To Select Medical Provider

A Plan Participant shall have the sole right to select his own Physician, surgeon, and hospital. The Plan will not interfere with the Physician-patient relationship.

## Governing Law, Etc.

The Plan shall be construed according to the laws of the State of Texas, except as otherwise provided by ERISA or other applicable Federal legislation. Headings of sections and subsections contained in this booklet are included solely for convenience of reference, and if there be any conflict between such headings and the text, the text shall control.

**Address For Notices**

APA may give any notice required to be given to a Plan Participant or any other person entitled to benefits under the Plan, by mailing or otherwise delivering such notice to such person at the address last furnished to APA.

**Plan Expenses**

All eligible expenses of the Plan, unless paid by APA in its sole discretion, shall be paid out of the Master Trust.

**Reliance On Other Professionals**

APA may employ accountants, attorneys, consultants or other experts to render advice with respect to their fiduciary responsibilities. The Master Trustee may also do so at the direction of APA. APA may rely exclusively on all reports, valuations, tables, certifications, and opinions furnished by, or in accordance with the instructions of accountants, counsel, consultants, or other experts employed or engaged by APA.

**Obligations Of APA**

The obligations of APA under the Plan shall be limited to those obligations specifically assumed by it under the terms of this booklet, together with such additional obligations, if any, as may be imposed upon APA by applicable law.

**Need Help ?**

If you need further assistance, please contact:

| **General Information** | **Specific Claims Information or Billing Questions** |
|---|---|
| Allied Pilots Association | HealthFirst TPA, Inc. |
| O'Connell Building | P.O. Box 130217 |
| 14600 Trinity Boulevard, Ste 500 | Tyler, Texas 75713-0217 |
| Fort Worth, Texas 76155-2512 | (903) 581-2600 |
| (817) 302-2272 | (800) 477-8957 |
| (800) 323-1470 | |

# GENERAL PLAN INFORMATION

| | |
|---|---|
| Plan Name | Allied Pilots Association Disability Income Plan (Loss of License) |
| Plan Identification Number | 504 |
| Tax Identification Number | 13-1982245 |
| Type of Administration | Contract Administration |
| Name and address of the Plan Named Fiduciary (Plan Administrator and Plan Sponsor) | Allied Pilots Association O'Connell Building 14600 Trinity Boulevard, Suite 500 Fort Worth, TX 76155-2512 (800) 323-1470 |
| Agent for Service of Legal Process | Allied Pilots Association O'Connell Building 14600 Trinity Boulevard, Suite 500 Fort Worth, TX 76155-2512 |
| Claims Processor | HealthFirst TPA, Inc. 821 E.S.E. Loop 323, Suite 200 P.O. Box 130217 Tyler, Texas 75713-0217 (903) 581-2600 (800) 477-8957 |
| Source of financing of the Plan and identity of any organization through which benefits are provided: | Contributions are made to the Master Trust by Plan Participants. Benefits are provided directly from the Plan through the Claims Processor. |
| Master Trustee | State Street Bank One Enterprise Drive Boston, MA 02171 |
| Plan Year | January 1st through December 31st of each year |

# DEFINITIONS

The following terms, wherever used in the Plan's booklet, have the following meaning:

**Active Flight Status**
The term "Active Flight Status" means performing, in the usual manner, all of the regular duties of a commercial pilot for the Company on a scheduled work day. A Member will be deemed to be on Active Flight Status on a day which is not a scheduled work day only if he would otherwise be able to perform in the usual manner all of the regular duties of his employment if it were a scheduled work day.

**Any One Period of Disability**
The term "Any One Period of Disability" means a period or periods of Disability separated by less than twelve (12) months where the Plan Participant returns to Active Flight Status and the subsequent Disability is due to the same cause. If the Plan Participant returns to Active Flight Status for more than twelve (12) months, the Disability will be considered a new claim and subject to a new Elimination Period (see the SUMMARY OF DISABILITY INCOME PLAN section on page 3).

**Appeal Materials**
The term "Appeal Materials" means written comments, documents, records, and other information relevant to the Plan Participant's benefits claim. Note that Appeal Materials received by APA after the 180-day filing period will not be considered in the review and decision on the appeal. There will be no exception to this rule.

**Chemical Dependency**
The term "Chemical Dependency" means the state of chronic or periodic intoxication or Drug Abuse detrimental to the individual, physically or psychologically, and to society, produced by the repeated consumption of a drug, natural or synthetic (e.g., alcohol).

**Claims Processor**
The term "Claims Processor" means the firm providing or arranging for administrative and consulting services to APA in connection with the operation of the Plan and performing such other functions, including processing and payment of claims, as may be delegated to it. HealthFirst TPA, Inc. is the Claims Processor.

**Company**
The term "Company" means any subsidiary of AMR Corporation whose employees are represented for collective bargaining by the Allied Pilots Association.

**Disabled or Disability**
The terms "Disabled" or "Disability" mean the inability of a Plan Participant to perform the material occupational duties as a Company pilot as the result of an Injury or Sickness and such Injury or Sickness is not excluded under the "General Exclusions" subsection on page 10. The Plan Participant must be under the Regular Care and Attendance of a Physician and must be unable to maintain either a first or second class FAA medical certificate.

**Drug Abuse**
The term "Drug Abuse" shall mean the chronic and uncontrolled consumption, injection or other utilization of any drug or other substance, singularly or in combination, not medically prescribed or administered or the over-utilization of any drug which is medically prescribed or administered which, if continued, would irreparably harm bodily organs or functions.

**Effective Date**
The term "Effective Date" shall mean the date on which the coverage becomes effective either for the Plan or a Plan Participant, given the context of its use. If a Plan Participant changes to a new level of coverage, the term "Effective Date" shall mean the date on which the new level of coverage becomes effective (see page 6).

**Elimination Period**
The term "Elimination Period" means the period during Any One Period of Disability for which no benefit is payable. This period is shown in the SUMMARY OF DISABILITY INCOME PLAN section (see page 3). It begins on the Onset of Disability.

**Eligible Member**
The term "Eligible Member" means a Member who satisfies the requirements contained in the "Eligibility" subsection under the ELIGIBILITY AND TERMINATION OF COVERAGE section.

**Fiduciary**
The term "Fiduciary" or "Fiduciaries" means persons responsible for the operation of the plan.

## Filed

The term "Filed" means the date the claim form is postmarked, if mailed, or sent by overnight delivery; otherwise, it is the date the Claims Processor receives the form.

## Furlough

The term "Furlough" means the period during which a Member is furloughed by the Company and maintains rights of recall. For purposes of this Plan, Furlough includes any period during which a Member becomes a pilot for AMR Eagle, Inc., in lieu of furlough, pursuant to the labor agreement between APA and the Company, provided the Member maintains rights of recall. Furlough does not include any period during which a pilot defers recall by the Company.

## Injury

The term "Injury" means accidental bodily injury that causes Disability.

## Master Trust

The term "Master Trust" means the Allied Pilots Association Welfare Benefits Master Trust, a trust formed for the purpose of paying, inter alia, Plan benefits and reasonable Plan expenses in accordance with the terms of this Plan and Section 501(c)(9) of the Internal Revenue Code.

## Master Trustee

The term "Master Trustee" means State Street Bank.

## Maximum Benefit

The term "Maximum Benefit" means the maximum benefit that a Plan Participant is entitled to receive under the Plan. The Maximum Benefit is the monthly benefit level that is equal to, or next less than, sixty percent (60%) of the Plan Participant's average monthly crew pay for the 6-month period immediately prior to the Onset of Disability.

## Member

The term "Member" means a full-time pilot of the Company who is also an active, dues-paying APA member, or a full-time pilot of the Company who has applied for membership with APA and whose application has not been denied.

## Mental or Nervous Disorder

The term "Mental or Nervous Disorder" means any mental disorder, disturbance, dysfunction or syndrome, regardless of cause (including any biological or biochemical disorder or imbalance of the brain) or the

presence of physical symptoms. Mental or Nervous Disorder includes, but is not limited to, bipolar affective disorder, organic brain syndrome, schizophrenia, psychotic illness, manic-depressive illness, depression and depressive disorders, anxiety and anxiety disorders. It does not include dementia caused by stroke, trauma, viral infection, or Alzheimer's disease

## Named Fiduciary

The term "Named Fiduciary" means the person with the authority to control and manage the operation and administration of the Plan. APA is the Named Fiduciary for the Plan.

## Onset of Disability

The term "Onset of Disability" means the date a Plan Participant can no longer perform all of the regular duties of a commercial pilot for the Company due to Disability. 

## Physician

The term "Physician" means a practitioner of the healing arts who is licensed and regulated by a state or federal agency and is acting within the scope of his or her license. Physician shall not include the Member or a person in the Member's immediate family.

## Plan Administrator

The term "Plan Administrator" means the Allied Pilots Association.

## Plan Participant

The term "Plan Participant" means an Eligible Member who has enrolled in the Plan, paid the required contribution and whose coverage has not terminated.

## Plan Sponsor

The term "Plan Sponsor" means the Allied Pilots Association.

## Pre-Existing Condition

The term "Pre-Existing Condition" means a Sickness or Injury for which the Plan Participant:

(a) received medical treatment or consultation;

(b) had medical care or service(s); or

(c) took prescribed drug(s) or medicine(s);

*NOTE The importance of the distinction between Sickness or Injury and Symptoms. Dizziness can be a Symptom of a Sickness or Injury*

(1) A treatment free period for the Pre-Existing Condition of twelve (12) consecutive months from the Effective Date of coverage; or

(2) A period of twenty-four (24) consecutive months of treatment for the Pre-Existing Condition, provided the Plan Participant has remained on Active Flight Status during the entire period of time described in (1) or (2) immediately above.

**Protocol**
The term "Protocol" means an internal rule, guideline, or other similar criterion relied upon in making a Plan determination.

**Recommended Therapeutic Program**
The term "Recommended Therapeutic Program" means a treatment program for the condition causing the Disability which is recommended by the Plan Participant's Physician.

**Record**
The term "Record" means any materials relevant to your claim that exist at any level of the claims process. Materials include documents, records and other information.

**Regular Care and Attendance of a Physician**
The term "Regular Care and Attendance of a Physician" means a planned program of observation and treatment which is carried out by a Physician, in accordance with current standards and customs of medical practice, and necessary for the treatment of the Sickness or Injury causing the Disability.

**Self-Reported Disability**
The term "Self-Reported Disability" means a Disability with symptoms where the manifestations of the condition are not verifiable using tests, procedures and clinical examinations accepted as standard medical practice. Examples of Self-Reported Disabilities are chronic fatigue conditions, any allergy or sensitivity to chemicals or the environment, or chronic pain conditions including such maladies as headache, migraine, ocular migraine, pain, fatigue, loss of energy, stiffness, soreness, ringing in the ears, dizziness, numbness, and itching, among others. Self-Reported Disabilities do not include neoplastic diseases, neurological

**Sickness**
The term "Sickness" means illness, disease or pregnancy which causes the Plan Participant to be Disabled.

disease, endocrine diseases, hematological disease, asthma, allergy-induced reactive lung disease, tumors, malignancies, or vascular malformations, demyelinating disease or lupus.

NOTE: This part of the definition simply states that the pre-existing condition exclusion does not apply to show covered under 1 and 2 which are no longer you "Effective Date of cov." The page 10 covered exclusion section also suggests what is not excluded to include those items beyond your other coverage. Also the cases of additional indemnization to be more specific and would construct.

# AMENDMENT ONE TO THE
# ALLIED PILOTS ASSOCIATION
# DISABILITY INCOME PLAN
# (LOSS OF LICENSE)

Whereas, the APA Board of Directors passed resolutions R2004–66 and R2005-26; and

Whereas, the Plan states that it may be amended or terminated at any time but may only be amended or terminated by written action signed by the President of APA, provided, however, that any termination or any amendment not required by law must be approved, in writing, by APA's Board of Directors;

Therefore, the Plan is amended as follows:

1. Effective December 1, 2004, the Changing Benefit Amounts section on page 6 of the Plan document is amended by adding the following sentences to the first paragraph:

   Any Disability for which the Onset of Disability is within six months following the Effective Date of an increase in the benefit amount, will be paid in the amount in effect immediately prior to the increase in benefit amount, unless the Disability is due to an Injury that occurs after the Effective Date of the increase.

   **For example.** John increases his benefit amount from $3600 to $4800 effective March 1, 2005. On July 15, 2005 John calls in sick due to chest pains. Tests indicate he will have to have bypass surgery. He files a claim for Disability. Since John's Onset of Disability, July 15, 2005, is within six months of March 1, 2005 the Effective Date of his benefit increase to $4800 and his Disability is not due to an Injury, he will be

*[Handwritten margin notes:]* Were these properly passed? Quorum at start of mtg Quorum at end. What was the date of the meeting and vote on R 2004-66 and R 2005-26? Must be signed by the pres of APA before it is effective

paid a monthly benefit of $3600 which was the amount in effect immediately prior to his increase to $4800. If John's Disability had been due to an Injury, such as a broken back due to a car accident, then he would have been paid $4800.

*This is a*

2.  Effective December 1, 2004, a new paragraph (F) is inserted in the General Exclusions section on page 10 of the Plan document, following the current paragraph (E) and the current paragraph (F) is renumbered:

    (F) Any Disability for which the date of Onset of Disability is within six months following the Effective Date of coverage unless the Disability is due to an Injury that occurs after the Effective Date of coverage; or

*Does not relate on the job*

3.  Effective February 11, 2005, the following paragraph is added just prior to the final paragraph in the Time Limit For Filing A Claim section on page 15 of the Plan document as follows:

    A Plan Participant who has a Recurrent Disability must file a claim for benefits by the end of the Recurrent Disability Filing Deadline. Benefit payments for Recurrent Disability claims filed after the Recurrent Disability Filing Deadline will be made only for the period that begins on the date the claim was received by the Claims Administrator.

4.  Effective February 11, 2005, add the following definitions to the Definitions section on page 31 of the Plan document:

    **Recurrent Disability**
    The term "Recurrent Disability" means a

Disability that occurs after the Plan Participant has returned to Active Flight Status that is due to the same cause as the previous Disability and such Disability begins less than twelve (12) months from the date the pilot returned to Active Flight Status from the initial or previous Disability.

**Recurrent Disability Filing Deadline**
The term "Recurrent Disability Filing Deadline" means the claim filing deadline for a Disabled Plan Participant who has a Recurrent Disability. The Recurrent Disability Filing Deadline is the date that is 90 days after the later of:

(A) The date of the Onset of Disability for the Recurrent Disability,

(B) The date the Disabled Plan Participant was removed from Active Flight Status because of the Recurrent Disability, or

(C) June 1, 2005.

Approved:

/signed/
_____
Captain Ralph Hunter, President

Date: APRIL 12, 2005

*Not signed until April 12 2005. How can it be eff before that? If the amendment is not valid it is not valid. Don't let them just move the date to to when they finally got around to it. Make them make a valid amendment. How does ERISA look at retroactive amendments are they void or only eff. post amendment?*

# AMENDMENT TWO TO THE
# ALLIED PILOTS ASSOCIATION
# DISABILITY INCOME PLAN (LOSS OF LICENSE)

Whereas, the APA Board of Directors passed resolutions R2005–64, R2005-65; and R2005-67; and

Whereas, the Plan states that it may be amended or terminated at any time but may only be amended or terminated by written action signed by the President of APA, provided, however, that any termination or any amendment not required by law, must be approved, in writing by APA's Board of Directors;

Therefore, following changes are made to comply with this amendment:

Effective October 1, 2005 Paragraph (E) of the Limitations and Restrictions section on page 13 is restated as follows:

(E) The twenty-four (24) lifetime payment maximum limitation in paragraphs (B) and (D) does not apply in the following situations and the Disabled Plan Participant will be eligible to receive up to eight (8) years of payments provided he otherwise remains eligible for benefit payments:

   1. Any month or portion of any month during which the Plan Participant is confined to a hospital or other accredited institution for a Mental or Nervous Disorder or a Self-Reported Disability; or

   2. Following the exhaustion of the twenty-four (24) lifetime payment maximum, the Disabled Plan Participant provides a current statement from the federal Social Security Administration showing that the Disability that

qualifies him to receive benefits under the Plan qualifies
him to receive federal Social Security disability benefits.
In addition, in order to qualify for continued benefits
under the Plan, the Disabled Plan Participant must:

a.  Apply for federal Social Security disability benefits
    prior to receiving the final payment under the Plan
    or by December 31, 2005 if later; and

b.  Provide the Claims Processor with proof of the date
    the Social Security disability application was filed.

Otherwise benefits will not be continued regardless of
whether he later qualifies for federal Social Security
disability benefits.

The Claims Processor may require the Plan Participant to
periodically provide current verification of his continued
qualification for federal Social Security disability benefits.

Effective October 1, 2005 Paragraph 5 on page 20 of the Appeal
Process For Denied Claims is restated as follows:

After exhausting the Plan's administrative claims and appeals
process as contained in this section, the Plan Participant or his
authorized representative may bring a civil action under section
502(a) of ERISA for any benefit that is denied in whole or in part.
No action at law or in equity shall be brought to recover benefits
under the Plan prior to the exhaustion of all internal adminis-
trative remedies in accordance with the requirements of the
Plan, nor shall an action be brought at all unless brought
before the later of (1) three years after the date a benefit claim
is Filed, or (2) three years after the date on the letter stating
the Plan's final decision on the participant's benefit appeal.

The following Contribution rates are effective January 1, 2006:

| BENEFIT LEVEL | | | | |
|---|---|---|---|---|
| Age | $1,200 | $2,400 | $3,600 | $4,800 |
| 35 & Up | $13.00 | $26.00 | $ 39.00 | $ 52.00 |
| 36-40 | $17.00 | $34.00 | $ 51.00 | $ 68.00 |
| 41-45 | $26.25 | $52.50 | $ 78.75 | $105.00 |
| 46-50 | $33.75 | $67.50 | $101.25 | $135.00 |
| 51-54 | $43.25 | $86.50 | $129.75 | $173.00 |
| 55-56 | $39.75 | $79.50 | $119.25 | $159.00 |
| 57-59 | $20.75 | $41.50 | $ 62.25 | $ 83.00 |

Approved:

/signed/ _____

Captain Ralph Hunter, President

Date: OCTOBER 18, 2005

# AMENDMENT THREE TO THE
# ALLIED PILOTS ASSOCIATION
# DISABILITY INCOME PLAN (LOSS OF LICENSE) ("PLAN")

Whereas, the Plan states that it may be amended or terminated at any time but may only be amended or terminated by written action signed by the President of APA, provided, however, that any termination or any amendment not required by law, must be approved, in writing, by APA's Board of Directors;

Whereas, the APA Board of Directors passed Resolution R2006-25 Rev.1 on May 4, 2006; and

Therefore, effective May 4, 2006, the Plan is amended as follows:

Under the Termination Of Coverage section on page 6, re-letter subsection (I) as (K) and insert new subsections (I) and (J) as follows:

(I)    Thirty (30) days following the date on the certified letter that APA sends a Plan Participant notifying him of an overpaid PMA or Plan benefit, if the Plan Participant has failed, within thirty (30) days of the date on such certified letter, to repay the overpayment or enter into a Reimbursement Agreement; or

(J)    The end of the month following the month a reimbursement payment is not paid within thirty (30) days of the date due to either PMA or the Plan under a Reimbursement Agreement, unless the Plan Participant can show, to the satisfaction of, and in the sole discretion of, the APA Benefit Review and Appeals Board, that failure to submit such reimbursement payment was not within his reasonable control; or

1

Under the Payment Period section on page 9, re-letter
subsection (F) as (G) and insert a new subsection (F),
as follows:

    (F) The month after Coverage terminates

Add new definitions under the Definitions section on page 27,
as follows:

    PMA
    The term "PMA" means the Allied Pilots Association
    Pilot Mutual Aid Plan.

    Reimbursement Agreement
    The term "Reimbursement Agreement" means the
    written agreement between the Plan Participant and
    the Plan or the PMA regarding repayment of an
    overpaid benefit.


Approved:

/signed/

_____

Captain Ralph Hunter, President

Date: September 28, 2006

2

## AMENDMENT FOUR TO THE
## ALLIED PILOTS ASSOCIATION
## DISABILITY INCOME PLAN (LOSS OF LICENSE)

Whereas, the APA Board of Directors passed resolutions R2006-46, and R2006-48; and

Whereas, the Plan states that it may be amended or terminated at any time but may only be amended or terminated by written action signed by the President of APA, provided, however, that any termination or any amendment not required by law, must be approved, in writing by APA's Board of Directors;

Therefore, effective January 1, 2007, the following Plan changes are made:

On page 9 of the booklet titled Refund of Contributions Made During Elimination Period change the second sentence in paragraph one as follows:

For claims Filed prior to January 1, 2007, after completing the Elimination Period, a Plan Participant will receive a refund of contributions made during the elimination Period, provided the claim was Filed within ninety (90) days of the Onset of Disability. Claims Filed on or after January 1, 2007, will not be eligible for a refund of contributions.

Restate (A) in the third paragraph in this section as follows):

(A) For claims Filed prior to January 1, 2007, receive a refund of contributions made during the Elimination Period, provided he files his claim for benefits within ninety (90) days of the Onset of Disability. Claims Filed on or after January 1, 2007, will not be eligible for a refund of contributions.



LOL Amendment Four                    1                    11/28/2006

Under Time Limit For Filing A Claim on page 15 of the booklet restate (A) as follows:

(A) Only claims Filed prior to January 1, 2007, and Filed within ninety (90) days of the Onset of Disability will be eligible for the refund of contributions made during the Elimination Period. (See page 9)

The following Contribution rates are effective January 1, 2007:

| BENEFIT LEVEL | | | | |
|---|---|---|---|---|
| Age | $1,200 | $2,400 | $3,600 | $4,800 |
| 35 & Under | $13.00 | $26.00 | $ 39.00 | $ 52.00 |
| 36-40 | $17.00 | $34.00 | $ 51.00 | $ 68.00 |
| 41-45 | $26.25 | $52.50 | $ 78.75 | $105.00 |
| 46-50 | $39.00 | $78.00 | $117.00 | $156.00 |
| 51-54 | $49.75 | $99.50 | $149.25 | $199.00 |
| 55-56 | $45.75 | $91.50 | $137.25 | $183.00 |
| 57-59 | $24.00 | $48.00 | $ 72.00 | $ 96.00 |

Approved:

/signed/

_____

Captain Ralph Hunter, President

Date: NOVEMBER 29, 2006

# AMENDMENT **FIVE** TO THE
# ALLIED PILOTS ASSOCIATION
# DISABILITY INCOME PLAN (LOSS OF LICENSE)

Whereas, the Plan states that it may be amended or terminated at any time but may only be amended or terminated by written action signed by the President of APA, provided, however, that any termination or any amendment not required by law, must be approved, in writing, by APA's Board of Directors; and

Whereas, the APA Board of Directors passed Resolution R2007-03 Rev.1 on February 8, 2007, approving, in writing, an amendment to the APA Disability Income (Loss of License) Plan (the "Plan") effective January 1, 2003 to cover a Disability incurred within six (6) months from the pilot's last day of Active Flight Status with the Company, provided the pilot is on sick leave and otherwise qualifies for benefits at the time the Disability is incurred and to allow a pilot to file a claim up to the date that is the later of: (1) two years from the date of Disability, or (2) the date the pilot exhausts paid sick time and vacation, or (3) June 1, 2007.

*Passed 2/8/2007 T jhaybut apply.*

Therefore, the following changes are made to the Plan document to comply with Board Resolution R2007-03 Rev.1:

1. Insert a new paragraph (C) under the **When Benefits Are Payable** subsection on page 8 as follows and re-letter the current paragraphs (C) through (G) as paragraphs (D) through (H), respectively:

   (C) the Onset of Disability occurred either: (a) while the Plan Participant was on Active Flight Status; or (b) within six months of his last day of Active Flight Status provided he was on sick leave from the Company at the time the Disability was incurred; and

2. Restate in its entirety paragraph (E) of the **General Exclusions** subsection on page 10 as follows:

   (E) Any Disability incurred while the Plan Participant is not on Active Flight Status with the Company, except for a Disability incurred within six months

1

of the Plan Participant's last day of Active Flight Status provided the Plan Participant was on sick leave from the Company at the time the Disability was incurred, or

3.  Restate in its entirety paragraph (C) in the **Time Limit For Filing A Claim** subsection on page 15 as follows:

(C) Claims Filed after the later of the following dates will not be eligible for payment:

1.  Twenty-four (24) months from the Onset of Disability, or

2.  The exhaustion of paid sick and vacation time from the Company, or

3.  June 1, 2007.

4.  Restate in its entirety the first sentence of the **Payment Period** subsection on page 9 as follows:

Payment of Disability benefits during Any One Period of Disability shall commence on the first day of the calendar month coincident with, or next following the completion of the Elimination Period. Each Disability for which the Disabled Plan Participant qualifies for payment under paragraph (C) of the "When Benefits are Payable" subsection must satisfy its own Elimination Period; however, Elimination Periods may run concurrently. Disabled Participants who qualify for benefits under paragraph (C) of the "When Benefits are Payable" subsection and file a timely claim, will receive their monthly benefit commencing effective April 1, 2007, provided the Disabled Plan Participant otherwise qualifies for benefits.

Subsequent payments shall be on the first business day of each calendar month. Restate the following definitions under the Definitions section on page 27 as follows:

**Any One Period of Disability**
The term "Any One Period of Disability" means a period or periods of Disability separated by less than

2

twelve (12) months where the Plan Participant returns to Active Flight Status and the subsequent Disability is due to the same cause or causes for which the Plan Participant was previously receiving payment. If the Plan Participant returns to Active Flight Status for more than twelve (12) months or the Disability is due to a cause other than the one for which the Disabled Plan Participant was previously receiving payment, the Disability will be considered a new Disability and subject to a new Elimination Period (see the SUMMARY OF DISABILITY INCOME PLAN section on page 3).

Approved:

/signed/

_____

Lloyd Hill, President
Date 7/24/07