## United States District Court for the Northern District of Illinois

Case Number: 08CV2750                Assigned/Issued By: DAJ

Judge Name: CONLON                   Designated Magistrate Judge: COX

**FEE INFORMATION**

Amount Due:   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                    Receipt #: 2770171

Date Payment Rec'd: 05/12/08           Fiscal Clerk: DAJ

**ISSUANCES**

[✓] Summons                            [ ] Alias Summons

[ ] Third Party Summons                [ ] Lis Pendens

[ ] Non Wage Garnishment Summons       [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

[ ] Citation to Discover Assets        (Victim, Against and $ Amount)

[ ] Writ _____
    (Type of Writ)

1  Original and  0  copies on  05/12/08  as to  DEF. _____
                              (Date)