# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number: 08-cv-2750

ROBERT WAGNER,
     v.
ALLIED PILOTS ASSOCIATION DISABILITY INCOME
PLAN.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Wagner, Plaintiff

| | |
|---|---|
| **NAME (Type or print)** <br> Violet Borowski | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Violet Borowski | |
| **FIRM** <br> Daley DeBofsky & Bryant | |
| **STREET ADDRESS** <br> 55 West Monroe Suite 2440 | |
| **CITY/STATE/ZIP** <br> Chicago/IL/60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6282556 | **TELEPHONE NUMBER** <br> (312) 372-5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |