IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAGNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 2750 |
| | ) Judge Conlon |
| v. | ) |
| | ) |
| ALLIED PILOTS ASSOCIATION | ) |
| DISABILITY INCOME PLAN | ) |
| (Loss of License), | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE THAT on May 20, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois via the CM/ECF system the attached PLAINTIFF'S AMENDED COMPLAINT, a copy of which is hereby served upon you.

Dated: Chicago, Illinois           *s/ Mark D. DeBofsky*
       May 20, 2008                Mark D. DeBofsky
                                               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that on May 20, 2008, he electronically filed the foregoing notice with the Clerk of the Court using the CMF/ECF filing system, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants:

K.M. Knoerr, CEBS
Director of Benefits
Allied Pilot Association
14600 Trinity Blvd, Suite 500
Fort Worth, TX 76155-2512

                   *s/ Mark D. DeBofsky*___

DALEY, DE BOFSKY & BRYANT      Mark D. DeBofsky
55 W. Monroe St., Suite 2440       Attorney for Plaintiff
Chicago, Illinois 60603         Margaret Lynch
(312) 372-5200
FAX (312) 372-2778