**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ROBERT WAGNER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 02750 |
| ) | |
| ) | Judge Conlon |
| **ALLIED PILOTS ASSOCIATION** ) | |
| **DISABILITY INCOME PLAN,** ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION TO RESCHEDULE STATUS HEARING

Defendant Allied Pilots Association Disability Income Plan, by its undersigned counsel, hereby moves with the agreement of plaintiff Robert Wagner that the status hearing scheduled for June 19, 2008 be rescheduled to a date subsequent to July 14, 2008. In support of its motion, defendant states as follows:

1. This action was commenced on May 12, 2008. On May 19, 2008, the Court entered a minute order setting the case for an initial status hearing on June 19, 2008. (Docket Entry No. 6.) Thereafter, plaintiff filed an Amended Complaint on May 20, 2008 (Docket Entry No. 8), and defendant executed a waiver of service, giving defendant until July 14, 2008 to answer or otherwise plead. (Docket Entry No. 10.)

2. Defendant is still reviewing the Amended Complaint. Defendant's principal counsel, from the firm of James & Hoffman, P.C. of Washington, D.C., will be applying for admission *pro hac vice*. Defendant intends to file an answer or other responsive pleading in accordance with the deadline established pursuant to the waiver of service. However, as of June 19, 2008, defendant will not be in a position to address intelligently the matters identified in the order scheduling the

initial status.

3.      In addition, plaintiff's principal counsel, Mark DeBofsky, has indicated that he is previously scheduled to be away from Chicago and is unavailable on June 19, 2008.

4.      Plaintiff's counsel has advised undersigned counsel that plaintiff has no objection to this motion and joins in same.

WHEREFORE, defendant respectfully moves that the status hearing scheduled for June 19, 2008 be rescheduled to a date after July 14, 2008.

                                                                            Respectfully submitted,

                                                                            Wesley Kennedy (6188089)
                                                                            Josiah A. Groff (6289628)

                                                                            /s/ Wesley Kennedy
                                                                            Counsel for Defendant Allied
                                                                            Pilots Association Disability Income
                                                                            Plan

ALLISON, SLUTSKY & KENNEDY, P.C.
230 W. Monroe Street, Suite 2600
Chicago, Illinois 60606
(312) 364-9400
Fax No. (312) 364-9410

June 13, 2008

CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on June 13, 2008, a copy of the foregoing Agreed Motion to Reschedule Status Hearing was served on the following person electronically by filing it with the Court's EM/ECF system which will send notification of such filing and link to access this document:

    Mark D. DeBofsky
    Daley, DeBofsky & Bryant
    55 West Monroe Street, Suite 2440
    Chicago, Illinois 60603


                                        /s/ Wesley Kennedy