## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT WAGNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 08 C 02750** |
| | ) | |
| | ) | **Judge Conlon** |
| **ALLIED PILOTS ASSOCIATION** | ) | |
| **DISABILITY INCOME PLAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>NOTICE OF MOTION</u>

TO:    Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, Illinois 60603

PLEASE TAKE NOTICE that, on Wednesday, June 18, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Suzanne B. Conlon, United States District Judge, and present Defendant's Agreed Motion to Reschedule Status Hearing**,** a copy of which is this date served upon you.

Wesley Kennedy (6188089)
Josiah A. Groff (6289628)

/s/ Wesley Kennedy

Counsel for Defendant Allied Pilots
Association Disability Income Plan

ALLISON, SLUTSKY & KENNEDY, P.C.
230 W. Monroe Street, Suite 2600
Chicago, Illinois 60606
(312) 364-9400
Fax No. (312) 364-9410

June 13, 2008

<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on Jun3 13, 2008, a copy of the foregoing Notice of Motion was served on the following person electronically by filing it with the Court's EM/ECF system which will send notification of such filing and link to access this document:

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, Illinois 60603


/s/ Wesley Kennedy