## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2750 | **DATE** | 6/18/08 |
| **CASE TITLE** | ROBERT WAGNER vs. ALLIED PILOTS ASSOCIATION DISABILITY INCOME PLAN | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to reset the status hearing [12] is granted. The status hearing is reset from June 19, 2008 to July 22, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|