IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAGNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 08 C 2750 |
| ALLIED PILOTS ASSOCIATION DISABILITY INCOME PLAN (Loss of License), | ) Judge Conlon ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING

Violet Helen Borowski
Mark D. DeBofsky
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603

PLEASE TAKE NOTICE that, on July 14, 2008, we filed with the United States District Court for the Northern District of Illinois **DEFENDANT ALLIED PILOTS ASSOCIATION DISABILITY INCOME PLAN'S ANSWER TO AMENDED COMPLAINT.**

Respectfully submitted,

/s/ WESLEY KENNEDY
Wesley Kennedy
ALLISON, SLUTSKY & KENNEDY
230 West Monroe Street
Suite 2600
Chicago, IL 60606
Tel: (312) 364-9400
Fax: (312) 364-9410

Steven K. Hoffman *(Pro Hac Vice application pending)*
Courtney J. Chappell *(Pro Hac Vice application pending)*
JAMES & HOFFMAN
1101 17th St., NW
Suite 510
Washington, D.C. 20036-4748

Tel: (202) 496-0500
Fax: (202) 496-0555

Dated: July 14, 2008

Attorneys for Defendant Allied Pilots
Association Disability Income Plan

## CERTIFICATE OF SERVICE

I, Wesley Kennedy, an attorney, state that on July 14, 2008 I caused **DEFENDANT ALLIED PILOTS ASSOCIATION DISABILITY INCOME PLAN'S ANSWER TO AMENDED COMPLAINT** to be served on the following person electronically by filing it with the Court's EM/ECF system which will send notification of such filing and link to access this document:

> Violet Helen Borowski
> Mark D. DeBofsky
> 55 W. Monroe St., Suite 2440
> Chicago, Illinois 60603

> Respectfully submitted,
>
> By: /s/ WESLEY KENNEDY
>     One of the plaintiffs' attorneys