# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2750 | **DATE** | 7/22/2008 |
| **CASE TITLE** | ROBERT WAGNER vs. ALLIED PILOTS ASSOCIATION DISABILITY INCOME PLAN | | |

**DOCKET ENTRY TEXT**

Status hearing held. Limited discovery on the issue of evidentiary considerations of the Benefits Review and Appeals Board shall be completed and dispositive motions with supporting memoranda on this issue shall be filed by September 19, 2008. Discovery on merits is held in abeyance pending resolution of the preliminary issue.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|